**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000462**
**09-JAN-2024**
**07:52 AM**
**Dkt. 26 ODSD**

NO. CAAP-23-0000462

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR SC PARK LANE II TRUST 2019-1, Plaintiff-Appellee, v. PAUL WALLACE, Defendant-Appellant, and HAWAIIAN PARADISE PARK OWNERS ASSOCIATION; PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendants-Appellees; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 1CC121000100)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Nakasone and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before November 13, 2023, and December 15, 2023, respectively;

(2) Self-represented Defendant-Appellant Paul Wallace (**Wallace**) failed to file either document or request an extension of time;

(3) On December 19, 2023, the appellate clerk entered a default notice informing Wallace that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on December 29, 2023, for appropriate action, which could include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure

Rules 12.1(e) and 30, and Wallace could request relief from default by motion; and

(4) Wallace has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, January 9, 2024.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge